# Exhibit 2

# The World's Most Expensive Cigars

Home (https://www.totalprestigemagazine.com) / The World's Most Expensive Cigars



In the past, Cigars were so valued to the extent of been shared as a gift by the father of a newborn baby to the guest in some cultures. However, while this culture may seem not to exist anymore, the relevance of Cigar among the well-to-do continue to rise as a sign of power and wealth – speaking of the expensive cigars though.

Expensive cigars are created from a delicate process and consequently makes them few and much sought-after in the market. It will interest you to know that some cigars can be as expensive as several thousands of dollars. In case you doubt our claim, check out the world five most expensive cigars in our exciting piece. Enjoy reading!

**Gurkha His Majesty's Reserve**

**Amazing Light Set**

Lightailing lig sale now, it's up your lego

ARTICLES

Revoke consent





LIFESTYLE

(https://www.totalpres

The New Porsc
(https://www.to
new-porsche-9

(https://www.totalpres

A design icon and high
Porsche design DNA, w

Like the name suggests, this Cigar is royal to hold and only sold to the world-elites. The 7.5 by 52 inches' luxurious cigar is wrapped with a 15 years old Connecticut Maduro wrapper while the filler – laced with aromatic Louis cognac VIII – is usually more than a decade old and, so does the binder too. Both filler and binder are made from the Dominican Republic.

So, why is it exactly the fifth most expensive Cigar in the world? Simple, only 100 boxes of the Gurkha His Majesty's Reserve cigar are created every year, and each wrap will cost you nothing less than $750 while a complete box costs $14,999.

**Gurkha Black Dragon**



(https://www.totalpres
master-ii/)

Rolex Oyster P
(https://www.to
oyster-perpetu

(https://www.totalpres
ster-ii/)

Perfect for Criss-crossi
excellence, the Oyster

[Revoke consent]





Another piece from the Gurkha brand makes the fourth position in the list by the name Gurkha Black Dragon which cost an astonishing $23,000 for a single box. Each wrap is made with a Cameroonian Binder, a Connecticut Broadleaf Maduro, and a Dominican filler.

This cigar is 8.5 by 52 inches in dimension, and made to emit a sour flavor at one point, then sweet taste at another point while smoking. Each wrap is packed with an orange velvet layer and then placed in a box made of camel bone.

### King of Denmark

(https://www.totalprestigemagazine.com/...)

### APOGEE YACHT (https://www.totalprestigemagazine.com/...yacht/)

(https://www.totalprestigemagazine.com/...)

205 ft / 62.5 m For sale... only one owner since i...

Revoke consent



Don't get overwhelmed by the name. However, while individuals are allowed to purchase this expensive cigar, only kings and wealthy individuals will be ready to shed out $4,500 per wrap – this price makes it the third costliest Cigar in the world. Apart from the mouth-watering cost, King of Denmark can be customized with the buyer's name using a gold, diamond or any other luxurious metals. This cigar is royal in appearance with a sterling silver crown plated with excellently cut 24k gold at its head. However, an extra humidor can be added at another astonishing cost of $8,500.

### Gran Habano No.5



The nicknamed "El Gigante" Gran Habano No. 5 holds the position of the second to the most expensive Cigar in the world at an astonishing cost of $185,000. The giant nickname given to it is not a mere word as a single Gran Habano No. 5 wrap can

Revoke consent



(https://www.totalpres world/)

Most Expensiv (https://www.to expensive-wine

(https://www.totalpres world/)

Needless to say that w contextual terms. This

weigh as much as 1,600 pounds holding 1,920 rings. For better clarity, with this size, it is believed that about forty individuals will be able to smoke the "El Gigante" conveniently.

**Mayan Sicars**



Meet Mayan Sicars, the most expensive of all Cigars in the World. Mayan Sicars was last sold at a mouth-watering price of $507,000 in an auction. The reason behind its huge cost can be attributed to only one thing; Age. The luxurious vintage Cigar is about 600 years old. Beat that!

A pot of the Mayan Sicars was discovered by the archeologists from the Tampa University. The pot was intact, and the cigars remain well preserved and unsmoked. While this historical finding is a heritage to behold, no one is bold enough yet to smoke such an ancient wrap.

Now you know which cigars commands the highest bucks in the market currently. As a lover of luxury, next time you choose to relax with a nice cigar, you should check out one among the listed expensive cigars in this piece. Have you tried any of these?

---
SHARE THIS
---

 (http://www.facebook.com/sharer.php?u=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)
 (https://twitter.com/share?url=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)
 (https://plus.google.com/share?url=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)

Revoke consent


(https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)

The World's Most... (https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)
(https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)

In the past, Cigars were the father...

 (http://pinterest.com/pin/create/button/?url=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/&media=https://www.totalprestigemagazine.com/wp-content/uploads/2018/12/a0557a25-5b44-4279-86f5-e9284224fc8d.jpg&description=The World's Most Expensive Cigars)
 (https://www.linkedin.com/shareArticle?url=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)
 (whatsapp://send?text=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)
 (mailto:?subject=The World's Most Expensive Cigars&body=https://www.totalprestigemagazine.com/the-worlds-most-expensive-cigars/)

(https://www.totalprestigemagazine.com/most-expensive-whiskey-in-the-world/)
(https://www.totalprestigemagazine.com/most-expensive-wines-in-the-world/)

## TOTALPRESTIGE MAGAZINE

Totalprestige Magazine is the exclusive magazine for members of Totalprestige.

 TOTALPRESTIGE (https://www.totalprestige.com/) 

MORE ABOUT US (http://www.totalprestigemagazine.com/about-us/)

ADVERTISING (http://www.totalprestigemagazine.com/advertising/)

NEWSLETTER (https://www.totalprestigemagazine.com/newsletter-signup/)

E-MEMBERSHIP (https://www.totalprestigemagazine.com/e-membership/)

## E-MEMBERSHIP

 

Revoke consent

 (https://www.totalprestigemagazine.com/e-membership/)

PROFILES

 (https://www.totalprestigemagazine.com/pages/profiles/)

LIKE US





©2019 TOTALPRESTIGE MAGAZINE - All rights reserved - CONTACT US (http://www.totalprestigemagazine.com/contact/) - ADVERTISING TERMS (http://www.totalprestigemagazine.com/advertising-terms/) - TERMS OF SERVICE (http://www.totalprestigemagazine.com/tos/) - PRIVACY POLICY (http://www.totalprestigemagazine.com/privacy-policy/)

Revoke consent

Case 1:19-cv-07750-AJN   Document 1-2   Filed 08/19/19   Page 9 of 10

In the past, Cigars were so valued to the extent of been shared as a gift by the father of a newborn-baby to the guests in some cultures. However, while this culture may seem not to exist anymore, the relevance of cigar among the well-to-do continues to rise as a sign of power and wealth – speaking of the expensive cigars though.

Expensive cigars are created from a delicate process and consequently makes them few and much sought-after in the market. It will interest you to know that some cigars can be as expensive as several thousands of dollars. In case you doubt our claim, check out the world five most expensive cigars in our exciting piece. Enjoy reading!

**Gurkha His Majesty's Reserve**



Like the name suggests, this Cigar is royal to hold and only sold to the world-elites. The 7.5 by 52 inches' luxurious cigar is wrapped with a 15 years old Connecticut Maduro wrapper while the filler – laced with aromatic Louis cognac VIII – is usually more than a decade old and, so does the binder too. Both filler and binder are made from the Dominican Republic.

So, why is it exactly the fifth most expensive Cigar in the world? Simple, only 100 boxes of the Gurkha His Majesty's Reserve cigar are created every year, and each wrap will cost you nothing less than $750 while a complete box costs $14,999.

**Gurkha Black Dragon**

---



design DNA, with a much more muscular...



**Rolex Oyster Perpetual GMT-Master II**

Perfect for Criss-crossing the Globe The cosmopolitan watch par excellence, the Oyster Perpetual GMT-Master II allows travellers to read...



**APOGEE YACHT For sale USD 24,950,000**

205 ft / 62.5 m For sale USD 24,950,000 With a strong charter history, and only one owner since initial...

Most Expensive Wines in the

Case 1:19-cv-07750-AJN   Document 1-2   Filed 08/19/19   Page 10 of 10