UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan E. Glynn

            Plaintiff,

—v—

Total Prestige, Inc.

            Defendant.



19-cv-07750 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of time to serve Defendant, the initial pre-trial conference scheduled for January 17, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1